IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACLYN MARIE EASON,<br><br>   Plaintiff,<br> v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No.: 2:23-cv-01544-AN<br><br><br>ORDER |

   Pursuant to the parties' Stipulated Application for Fees, ECF [13], it is hereby ORDERED that attorney fees in the amount of $587.08 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

   If plaintiff has no such debt, then the award shall be made by electronic funds transfer or check payable and mailed to plaintiff's attorney as follows: Kevin Kerr, P.O Box 14490, Portland, Oregon 97293.  If plaintiff has such debt, then any remaining funds after offset shall be made payable to plaintiff and sent via electronic funds transfer or by check mailed to plaintiff's attorney's office at the address stated above.

   DATED this 16th day of May, 2024.

                        _____
                          Adrienne Nelson
                          United States District Judge